Rey Hassan (State Bar No. 50717)
HASSAN LAW FIRM
1801 Bush Street # 213
San Francisco, CA 94109
Telephone: (415) 775-9700
Facsimile:  (415) 775-2507

JOSEPH G. SWEENEY (SBN 268475)
Law Offices of Joseph G. Sweeney, PC
1300 Clay Street, Suite 600
Oakland, CA 94612
Tel: (510) 545-9307
Fax: (510) 573-2860

Attorneys for Plaintiff Aimbrell Shanks

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| AIMBRELL SHANKS,<br><br>        Plaintiff,<br>Vs.<br><br>ABBOTT LABORATORIES; ABBOTT VASCULAR, INC.; CANDY BARAJAS; HEATHER DAL CIELO; DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 5:15-cv-01151-EJD<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING PLAINTIFF'S TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND EXTENDING OTHER DISCOVERY AND TRIAL DEADLINES** |

      Pursuant to Local Rule 6-2, the parties hereby stipulate to an extension of time of the deadlines in this matter, including the time for Plaintiff to file Opposition To Defendants' summary judgment, the briefing scheduling and hearing date on Defendants' motion for summary judgment, the time set for expert discovery, and the trial date.

### RECITALS

1. The date set for designation of Opening Experts is March 29, 2016.

2. The date set for designation of Rebuttal Experts is April 15, 2016.

3. The date set for the completion of Expert Discovery is July 3, 2016.

4. The trial dates set for this matter are September 20, 21, 23, 27, 28, 30 and October 4, 5, 7, 11, 12.

5. Defendants filed their Motion for Summary Judgment on January 29, 2016. The earliest hearing date Defendants were able to obtain was July 21, 2016.

6. On January 30, 2016, Counsel for the Plaintiff, Rey Hassan emailed Defendants' Counsel requesting an extension of 4 Weeks (Four Weeks), besides the 35 days response time allowed by the local rules. Plaintiff's request for an extension is due to the four trials scheduled that the Counsel for the Plaintiff is involved.

7. On January 30, 2016, the Counsel for Defendants, Julie F Stewart, replied to the request agreeing to a four weeks extension.

8. Counsel for both parties have conferred and agree that continuing with expert discovery during the briefing of Defendants' motion for summary judgment and prior to this Court's decision on that motion, which could narrow and/or eliminate issues for trial would result in an unnecessary and wasteful expenditure of resources.

9. Counsel for both parties therefore requests a six-month extension of all currently set deadlines in this matter.

10. According to that agreement Counsel requests that this Court revise the deadlines for expert discovery as follows:

    a. Designation of Opening Experts with Reports by September 30, 2016

    b. Designation of Rebuttal Experts with Reports by October 15, 2016.

    c. Completion of Expert Discovery by January 27, 2017.

HASSAN LAW FIRM
1801 Bush Street # 304 San Francisco, CA 94109
TEL: (415) 775-9700 Fax: (415) 775 - 2507

11. According to Counsel's agreement, the parties request that Plaintiff's date to respond to Defendants' motion for summary judgment be set for May 6, 2016 and Defendants' reply date be set for May 27, 2016.

12. Based on the schedule proposed above, Counsel for both parties' requests that the trial for this case be set in March 2017.

13. The request for extension is due to Plaintiff's trial schedule and the fact that the earliest hearing date available on this Court's calendar for Defendants' summary judgment motion was July 21, 2016, which was several months after expert discovery deadlines and only two months before the currently set date for trial.

## STIPULATION

Pursuant to Local Rule 6-2, the parties hereby stipulate that: the Defendants' Motion For Summary Judgment would still be heard on the date currently set for argument, July 21, 2016, and the plaintiff's ~~opposition to that motion would be due no later than May 6, 2016, and Defendants' reply in support of the motion would be due no later than May 27, 2016.~~

Dated: 02/11/2016

*/s/ Rey Hassan*
Rey Hassan
Attorney for the Plaintiff

Dated:

_____
Stewart, Julie F
Attorney for the Defendants

HASSAN LAW FIRM
1801 Bush Street # 304 San Francisco, CA 94109
TEL: (415) 775-9700 Fax: (415) 775 - 2507

[~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation to extend time and good cause appearing, it is hereby ORDERED that:

1. Defendants' motion for summary judgment shall be heard on July 21, 2016.

2. The Plaintiffs' opposition to that motion shall be filed no later than May 6, 2016.

3. Defendants' reply in support of the motion shall be filed no later than May 27, 2016.

4. Designation of Opening Experts with Reports is to be completed by September 30, 2016

5. Designation of Rebuttal Experts with Reports is to be completed by October 15, 2016.

6. Completion of Expert Discovery is set for January 27, 2017.

Good Cause Appearing.

IT IS SO ORDERED.

Dated: 2/16/2016

_____
Honorable Judge Edward J. Davila